UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

YULISSA KARLEY CALLEJAS-GARCIA,

Petitioner,

v.

CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center; PATRICK DIVVER, Field Office Director, San Diego Office of Detention and Removal, U.S. Immigration and Customs Enforcement; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security; and KRISTI NOEM, Secretary, U.S. Department of Homeland Security,

Respondents.

Case No.: 26-cv-0336-JES-MMP

**ORDER CLOSING CASE**

On January 26, 2026, the Court ordered Respondents to provide Petitioner Yulissa Karley Callejas-Garcia a bond hearing, holding in abeyance her other claims pending her possible continued detention. ECF No. 4. Respondents filed a notice of compliance with that order on January 28, 2026, stating that Petitioner had been granted bond. ECF No. 6.

1

As one of Petitioner's requested forms of relief has been granted, the Court **DENIES** the remaining claims as moot, and directs the Clerk of the Court to close this case.

**IT IS SO ORDERED.**

Dated: January 29, 2026

Honorable James E. Simmons Jr.
United States District Judge

26-cv-0336-JES-MMP